UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE STONE FAMILY TRUST,

                        **Plaintiff,**

      -against-

CREDIT SUISSE AG, CREDIT SUISSE
SECURITIES (USA) LLC, TIDJANE THIAM, and
DAVID R. MATHERS,

                        **Defendants.**

-----------------------------------------------------------------X

**19-CV-05192 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A conference to discuss whether discovery should proceed pending a determination on the Defendants' motion to dismiss Plaintiff's second amended complaint is scheduled for Friday, October 08, 2021, at 10:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 4, 2021
               New York, New York