```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE STONE FAMILY TRUST,

                      Plaintiff,

    -against-

CREDIT SUISSE AG, CREDIT SUISSE
SECURITIES (USA) LLC, TIDJANE THIAM, and
DAVID R. MATHERS,

                      Defendants.

-----------------------------------------------------------------X

19-CV-05192 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the resolution of Defendants' motion to dismiss, ECF No. 46, the parties are directed to meet and confer regarding discovery in this case. By April 8, 2022, the parties shall file a joint letter proposing a schedule for the completion of discovery.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    April 1, 2022
                 New York, New York