# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | TELEPHONE: (212) 701-3000 | MARK LOFTUS | JOSIAH M. SLOTNICK |
| HELENE R. BANKS | JOAN MURTAGH FRANKEL | WWW.CAHILL.COM | JOHN MacGREGOR | RICHARD A. STIEGLITZ JR. |
| ANIRUDH BANSAL | JONATHAN J. FRANKEL | ——— | BRIAN T. MARKLEY | SUSANNA M. SUH |
| LANDIS C. BEST | SESI GARIMELLA | | MEGHAN N. McDERMOTT | ANTHONY K. TAMA |
| CHRISTOPHER BEVAN | ARIEL GOLDMAN | 1990 K STREET, N.W. | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| BROCKTON B. BOSSON | PATRICK GORDON | WASHINGTON, DC 20006-1181 | EDWARD N. MOSS | HERBERT S. WASHER |
| JONATHAN BROWNSON * | JASON M. HALL | (202) 862-8900 | JOEL MOSS | MICHAEL B. WEISS |
| DONNA M. BRYAN | STEPHEN HARPER | | NOAH B. NEWITZ | DAVID WISHENGRAD |
| EMEKA C. CHINWUBA | WILLIAM M. HARTNETT | CAHILL GORDON & REINDEL (UK) LLP | WARREN NEWTON § | C. ANTHONY WOLFE |
| JOYDEEP CHOUDHURI * | CRAIG M. HOROWITZ | 20 FENCHURCH STREET | DAVID R. OWEN | ELIZABETH M. YAHL |
| JAMES J. CLARK | TIMOTHY B. HOWELL | LONDON EC3M 3BY | JOHN PAPACHRISTOS | |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | +44 (0) 20 7920 9800 | LUIS R. PENALVER | |
| AYANO K. CREED | JAKE KEAVENY | ——— | SHEILA C. RAMESH | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | MICHAEL W. REDDY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | WRITER'S DIRECT NUMBER | OLEG REZZY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | THOMAS ROCHER * | |
| ADAM M. DWORKIN | JOEL KURTZBERG | | THORN ROSENTHAL | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | TAMMY L. ROY | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| SAMSON A. ENZER | ALIZA R. LEVINE | | JONATHAN A. SCHAFFZIN | |
| JENNIFER B. EZRING | JOEL H. LEVITIN | | ANDREW SCHWARTZ | |
| GERALD J. FLATTMANN JR. | GEOFFREY E. LIEBMANN | | DARREN SILVER | |

(212) 701-3435

August 31, 2023

Re:  *The Stone Family Trust* v. *Credit Suisse Group AG, et al.*,
     No. 19-cv-05192 (AT) (SN)

Dear Magistrate Judge Netburn:

      We represent Plaintiff The Stone Family Trust and Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, Tidjane Thiam, and David R. Mathers, respectively, in the above-referenced action.  We write jointly in response to the Court's August 1, 2023 order directing the parties "to file a joint status letter updating the Court on the status of their settlement agreement's execution."  (ECF No. 76.)  The parties have reached agreement on the settlement documentation and expect to exchange signature pages either before or shortly after the holiday weekend.  Accordingly, the parties respectfully request a one-week extension of the August 31, 2023 deadline to take Plaintiff's deposition.

Respectfully submitted,

/s/ Mark A. Strauss
Mark A. Strauss
*Counsel for Plaintiff The Stone Family Trust*

/s/ Herbert S. Washer
Herbert S. Washer
*Counsel for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, Tidjane Thiam, and David R. Mathers*

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

CAHILL GORDON & REINDEL LLP

-2-

**VIA ECF**
Cc: All Counsel