

**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820, New York, NY 10177
Tel. 212.371.6600   Fax. 212.751.2540
WWW.KMLLP.COM

<u>**VIA ECF**</u>

September 20, 2023

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *The Stone Family Trust v. Credit Suisse AG, et al.*
               No. 19 Civ. 05192-AT-SN

Dear Magistrate Judge Netburn:

      We represent Plaintiff The Stone Family Trust and Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, Tidjane Thiam, and David R. Mathers, respectively, in the above-referenced action.  We write jointly in response to the Court's September 13, 2023 order directing the Parties to file a joint status letter updating the Court on the status of their settlement agreement's execution.  We are pleased to report that the Parties have a fully executed settlement agreement and expect to shortly file a stipulation of voluntary dismissal.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

<u>/s/ Ira M. Press</u>                  <u>/s/ Herbert S. Washer</u>
Ira M. Press                       Herbert S. Washer

*Counsel for Plaintiff The Stone Family Trust*    *Counsel for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, Tidjane Thiam, and David R. Mathers*

cc: All Counsel of Record (via ECF)